**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| DENNY JOEL HOLDEN | ) | |
| | ) | CASE NO.  11-13513-WHD |
| DEBTOR | ) | |
| | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $1,040.36 on behalf of ANNIE T SHIRLEY, who filed claim # 6-1. These funds are being remitted to the Registry because the Creditor has not claimed the funds.

**CERTIFICATE OF SERVICE**

This is to certify that I have this 29th day of January, 2016 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

H. BROOKS COTTEN, ATTY
5 JACKSON ST
NEWNAN, GA  30263

/s/ _____

ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET N.W.
SUITE 200
ATLANTA, GA  30303
(678)510-1444